# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LANCE LANDFRIED,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:19-cv-01845-SVW-SHK<br><br>**JUDGMENT IN A CIVIL ACTION** |

**[PROPOSED]**
**JUDGMENT IN A CIVIL ACTION**
Case No. 5:19-cv-01845-SVW-SHK

This action was decided by Judge Stephen V. Wilson on a motion for summary judgment or, in the alternative, partial summary judgment. In its order granting that motion, the Court found that:

1) Plaintiff State Farm Life Insurance Company ("State Farm") has no obligation to pay a death benefit to defendant Lance Landfried ("Mr. Landfried") by reason of the death of Renauld Jason Thomas; and

2) Mr. Landfried shall recover nothing in connection with his counterclaims for breach of contract, for breach of an implied covenant of good faith and fair dealing, and for negligence.

WHEREFORE, judgment is hereby ENTERED in this action against Mr. Landfried and in favor of both State Farm and third-party defendant Callie Jones.

DATED: August 11, 2021

*[signature]*

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE